**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation, | |
| Plaintiff, | |
| v. | Case No. 19-921-MN |
| REVISION MILITARY LTD., a Delaware corporation; and REVISION MILITARY, INC., a Canadian company, | |
| Defendants. | |

**<u>JOINT MOTION AND ORDER TO AMEND SCHEDULING ORDER</u>**

Plaintiff Gentex Corporation and Defendants Revision Military Ltd. and Revision Military, Inc. (collectively, the "Parties") respectfully request that the Court amend the Scheduling Order (D.I. 18) in the instant action in the manner set forth below.[1]

| <u>Scheduling Order Paragraph</u> | <u>Event</u> | <u>Current Deadline</u> | <u>Amended Deadline</u> |
|---|---|---|---|
| ¶ 2 | Joinder of Other Parties and to Amend Pleadings | May 22, 2020 | August 21, 2020 |
| ¶ 8(b) | Substantial Completion of Document Production | May 22, 2020 | August 21, 2020 |
| ¶ 14 | Deadline for Supplementation of Identification of Accused Products and Invalidity References | July 10, 2020 | October 9, 2020 |

---

[1] The Parties have left blank specific dates for which the Court previously provided dates for the pretrial conference and trial.  The Parties respectfully request dates for these dates at the Court's convenience in September 2021 or as close thereto as possible.

| ¶ 8(a) | Close of Fact Discovery | July 10, 2020 | October 9, 2020 |
|---|---|---|---|
| ¶ 7(e) | Final Infringement Contentions | July 17, 2020 | October 16, 2020 |
| ¶ 7(f) | Final Invalidity Contentions | August 7, 2020 | November 6, 2020 |
| ¶ 8(f) | Opening Expert Reports on Issues for which the Party Bears the Burden of Proof | August 14, 2020 | November 13, 2020 |
| ¶ 8(f) | Rebuttal Expert Reports | September 11, 2020 | December 11, 2020 |
| ¶ 8(f) | Reply Expert Reports | October 9, 2020 | January 15, 2021 |
| ¶ 8(f) | Provide dates and times of experts' availability for deposition | October 13, 2020 | January 20, 2021 |
| ¶ 8(a) | Close of Expert Discovery | November 15, 2020 | February 19, 2021 |
| ¶ 15 | Opening Briefs for Case Dispositive and *Daubert* Motions | December 11, 2020 | March 19, 2021 |
| ¶ 15 | Responsive Briefs for Case Dispositive and *Daubert* Motions | January 15, 2021 | April 16, 2021 |
| ¶ 15 | Reply Briefs for Case Dispositive and *Daubert* Motions | February 12, 2021 | May 14, 2021 |
| ¶ 18 | Plaintiff to Serve Draft Pretrial Order | 30 days before pretrial conference | 30 days before pretrial conference |
| ¶ 18 | Defendants to Serve Response to Draft Pretrial Order | 14 days before pretrial conference | 14 days before pretrial conference |
| ¶ 18 | Submit Joint Proposed Final Pretrial Order, to include any *in limine* requests and responses | 7 days before pretrial conference | 7 days before pretrial conference |

| ¶ 19 | Jury Instructions, Voir Dire, and Special Verdict Forms | 3 days before pretrial conference | 3 days before pretrial conference |
|---|---|---|---|
| ¶ 18 | Pretrial Conference | June 11, 2021 | September 13, 2021 4:30 p.m. |
| ¶ 20 | Trial (7-days*) | June 21, 2021 | September 20, 2021 |
| ¶ 21 | Submission of Order to Enter Judgment on Verdict and Post-Trial Status Report | 7 days after a jury returns a verdict | 7 days after a jury returns a verdict |

The Parties submit that good cause exists for this proposed scheduling amendment.  In light of the COVID-19 outbreak, resulting closures and staff limitations at the Parties' offices, and various resulting travel and shelter in place restrictions, the Parties anticipate that it will be difficult to complete fact and expert discovery on the currently scheduled timetable.  Additional time is necessary in order to provide adequate time for the Parties to complete document collection, production, and depositions.  Further, the COVID-19 related travel restrictions and business closures have impacted the Parties ability to conduct on-going third-party discovery, including document collections and depositions.  Accordingly, the Parties respectfully request that the Court extend all remaining case deadlines by three (3) months, as set forth above.

Pursuant to Local Rule 16.4, the undersigned counsel for each Party certifies that it has provided a copy of the instant motion to its respective client(s) and obtained the client(s)' consent to this requested scheduling amendment.

---

\*      While the Court is setting aside 7 days for this jury trial, the actual number of trial days will be determined closer to trial.

Dated:  April 3, 2020                                 Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP              SHAW KELLER LLP


*/s/Amy M. Dudash*                                        */s/ Karen E. Keller*
John V. Gorman (# 6599)                          Karen E. Keller (# 4489)
Amy M. Dudash (# 5741)                          David M. Fry (# 5486)
The Nemours Building                              Nathan Hoeschen (# 6232)
1007 N. Orange Street, Suite 501               1105 N. Market St., 12th Floor
Wilmington, DE 19801                            Wilmington, DE 19801
(302) 574-3000                                    (302) 298-0700
john.gorman@morganlewis.com                  kkeller@shawkeller.com
amy.dudash@morganlewis.com                   dfry@shawkeller.com
                                                         nhoeschen@shawkeller.com

*Attorneys for Plaintiff*
                                                         *Attorneys for Defendant*


         SO ORDERED this  6th  day of April, 2020.


         _Maryellen Noreika_____
         The Honorable Maryellen Noreika
         United States District Judge