IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>REVISION MILITARY LTD., a Delaware corporation; and REVISION MILITARY, INC., a Canadian company,<br><br>    Defendants. | Case No. 19-921-MN |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Gentex Corporation ("Gentex") respectfully requests that the Court amend the Scheduling Order (D.I. 18, as amended by D.I. 63) in the instant action in the manner set forth below:

| **Scheduling Order Paragraph** | **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|---|
| ¶ 2 | Joinder of Other Parties and to Amend Pleadings | August 21, 2020 | August 28, 2020 |

Gentex submits that good cause exists for this requested one-week extension as the parties are currently engaged in discussions regarding potential amendment of the operative complaint and joinder of parties. A brief one-week extension will enable the parties to continue to confer in order to narrow or eliminate any disputes or potential motion practice surrounding any amendment or joinder.

Pursuant to Local Rule 16.4, the undersigned certifies that Gentex has been provided a copy of the instant motion and consents to the scheduling amendment sought herein.

Pursuant to Local Rule 7.1.1, counsel for Gentex has confirmed with counsel for Defendants that Defendants do not oppose the instant motion.

| | |
|---|---|
| Dated: August 20, 2020 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>/s/ *Amy M. Dudash*<br>John V. Gorman (Bar No. 6599)<br>Amy M. Dudash (Bar No. 5741)<br>1007 N. Orange St. Suite 501<br>Wilmington, DE 19801<br>Tel. 302.574.3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br><br>Jason C. White (admitted *pro hac vice*)<br>Scott D. Sherwin (admitted *pro hac vice*)<br>Kenneth M. Kliebard (admitted *pro hac vice*)<br>Maria E. Doukas (admitted *pro hac vice*)<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>Tel. 312.324.1000<br>jason.white@morganlewis.com<br>scott.shwerin@morganlewis.com<br>kenneth.kliebard@morganlewis.com<br>maria.doukas@morganlewis.com<br><br>*Attorneys for Plaintiff* |