**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| GENTEX CORPORATION<br><br>       Plaintiff,<br><br>v.<br><br>REVISION MILITARY LTD., and<br>REVISION MILITARY, INC.,<br><br>       Defendants. | Civil Action No.  19-921-MN |

**STIPULATION OF NAME CHANGE OF REVISION MILITARY INC., DISMISSAL**
**OF REVISION MILITARY LTD., AND SUBSTITUTION OF GALVION LTD.**

Due to Defendants Revision Military Inc. and Revision Military Ltd.'s recent corporate restructuring, the Defendants and Plaintiff Gentex Corporation stipulate as follows:

1) Revision Military Inc. has changed its name to Galvion Inc.  Galvion Inc. retains all liabilities, including past liabilities, from Revision Military Inc.

2) Revision Military Ltd. has transferred all liabilities relating to this litigation to Galvion Ltd., and Revision Military Ltd. is dismissed from the case, and Galvion Ltd. is taking its place.  Galvion Ltd. retains all liabilities relating to this litigation, including past liabilities relating to this litigation, from Revision Military Ltd.

The parties thus stipulate that the defendants in the above-captioned litigation should be Galvion Inc. and Galvion Ltd. and the caption should be amended to reflect this change.

Dated: August 29, 2020

Respectfully submitted,

*/s/Amy M. Dudash*
John V. Gorman (# 6599)
Amy M. Dudash (# 5741)
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-7293
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

Jason C. White (admitted *pro hac vice*)
Scott D. Sherwin (admitted *pro hac vice*)
Kenneth M. Kliebard (admitted *pro hac vice*)
Maria E. Doukas (admitted *pro hac vice*)
77 West Wacker Drive, Suite 500
Chicago, Illinois 60601
Tel: (312) 324-1000


*Counsel for Gentex Corporation*

*/s/Karen E. Keller*
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

Michael Albert (admitted *pro hac vice*)
John L. Strand (admitted *pro hac vice*)
Michael A. Greene (admitted *pro hac vice)*
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

*Counsel for Revision Military Ltd., and Revision Military, Inc.*

2