**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENTEX CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>REVISION MILITARY LTD., and<br>REVISION MILITARY, INC.,<br><br>    Defendants. | Civil Action No.  19-921-MN |

**[PROPOSED] ORDER OF NAME CHANGE OF
REVISION MILITARY INC., DISMISSAL OF REVISION
<u>MILITARY LTD., AND SUBSTITUTION OF GALVION LTD.</u>**

This matter is before the Court on the parties' Stipulation of Name Change of Revision Military Inc. and Dismissal of Revision Military Ltd.  The Court being duly advised now approves the Stipulation.  IT IS HEREBY ORDERED THAT:

1)    The complaint against Revision Military Ltd. is dismissed and Galvion Ltd. is entered as a substitute defendant in place of Revision Military Ltd.  Galvion Inc. retains all liabilities, including past liabilities, from Revision Military Inc.

2)    The case caption shall be amended to remove Revision Military Ltd. and to replace it with Galvion Ltd.  Galvion Ltd. retains all liabilities relating to this litigation, including past liabilities relating to this litigation, from Revision Military Ltd.

3)    The case caption shall be further amended to change the name of Revision Military Inc. to Galvion Inc.

The defendants in the above-captioned litigation are now Galvion Inc. and Galvion Ltd.

SO ORDERED this _____ day of _____, 2020.

_____
Honorable Maryellen Noreika
U.S. District Court Judge