IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>GALVION LTD. and GALVION INC.,<br><br>  Defendants. | Case No. 19-921-MN |

**JOINT MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiff Gentex Corporation and Defendants Galvion Ltd. and Galvion Inc. (collectively, the "Parties") respectfully request that the Court amend the Scheduling Order (D.I. 63) in the instant action in the manner set forth below.[1]

| **Scheduling Order Paragraph** | **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|---|
| ¶ 14 | Deadline for Supplementation of Identification of Accused Products and Invalidity References | October 9, 2020 | December 9, 2020 |
| ¶ 8(a) | Close of Fact Discovery | October 9, 2020 | December 9, 2020 |
| ¶ 7(e) | Final Infringement Contentions | October 16, 2020 | December 16, 2020 |
| ¶ 7(f) | Final Invalidity Contentions | November 6, 2020 | January 6, 2021 |

---

[1] The Parties have left blank specific dates for which the Court previously provided dates for the pretrial conference and trial. The Parties respectfully request dates for these dates at the Court's convenience in June 2021 or as close thereto as possible.

| | | | |
|---|---|---|---|
| ¶ 8(f) | Opening Expert Reports on Issues for which the Party Bears the Burden of Proof | November 13, 2020 | January 13, 2021 |
| ¶ 8(f) | Rebuttal Expert Reports | December 11, 2020 | February 19, 2021 |
| ¶ 8(f) | Reply Expert Reports | January 15, 2021 | March 12, 2021 |
| ¶ 8(f) | Provide dates and times of experts' availability for deposition | January 20, 2021 | March 19, 2021 |
| ¶ 8(a) | Close of Expert Discovery | February 19, 2021 | April 16, 2021 |
| ¶ 15 | Opening Briefs for Case Dispositive and *Daubert* Motions | March 19, 2021 | May 14, 2021 |
| ¶ 15 | Responsive Briefs for Case Dispositive and *Daubert* Motions | April 16, 2021 | June 16, 2021 |
| ¶ 15 | Reply Briefs for Case Dispositive and *Daubert* Motions | May 14, 2021 | July 14, 2021 |
| ¶ 18 | Plaintiff to Serve Draft Pretrial Order | 30 days before pretrial conference | 30 days before pretrial conference |
| ¶ 18 | Defendants to Serve Response to Draft Pretrial Order | 14 days before pretrial conference | 14 days before pretrial conference |
| ¶ 18 | Submit Joint Proposed Final Pretrial Order, to include any *in limine* requests and responses | 7 days before pretrial conference | 7 days before pretrial conference |

| | | | |
|---|---|---|---|
| ¶ 19 | Jury Instructions, Voir Dire, and Special Verdict Forms | 3 days before pretrial conference | 3 days before pretrial conference |
| ¶ 18 | Pretrial Conference | September __, 2021 | November __, 2021 |
| ¶ 20 | Trial | September __, 2021 | November __, 2021 |
| ¶ 21 | Submission of Order to Enter Judgment on Verdict and Post-Trial Status Report | 7 days after a jury returns a verdict | 7 days after a jury returns a verdict |

The Parties submit that good cause exists for this proposed scheduling amendment. While the parties have made good progress towards completing fact discovery, in light prior case delays, the Parties anticipate that it will be difficult to complete fact and expert discovery on the currently scheduled timetable. Additional time is necessary in order to provide adequate time for the Parties to complete the limited, outstanding discovery and depositions. Accordingly, the Parties respectfully request that the Court extend all remaining case deadlines by approximately two (2) months, as set forth above.

Pursuant to Local Rule 16.4, the undersigned counsel for each Party certifies that it has provided a copy of the instant motion to its respective client(s) and obtained the client(s)' consent to this requested scheduling amendment.

Dated: October 9, 2020                                              Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP                     SHAW KELLER LLP

/s/Amy M. Dudash                                                    /s/ Nathan Hoeschen
John V. Gorman (# 6599)                                        Karen E. Keller (# 4489)
Amy M. Dudash (# 5741)                                       David M. Fry (# 5486)
The Nemours Building                                            Nathan Hoeschen (# 6232)
1007 N. Orange Street, Suite 501                         1105 N. Market St., 12th Floor
Wilmington, DE 19801                                            Wilmington, DE 19801
(302) 574-3000                                                         (302) 298-0700
john.gorman@morganlewis.com                         kkeller@shawkeller.com
amy.dudash@morganlewis.com

| | |
|---|---|
| | dfry@shawkeller.com |
| | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2020.