IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENTEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-921-MN |
| | ) | |
| GALVION LTD., and GALVION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the

Court, that the parties time to submit a Revised Proposed Scheduling Order is extended until and

including October 26, 2020.

/s/ Amy M. Dudash
John V. Gorman (No. 6599)
Amy M. Dudash (No. 5741)
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
(302) 574-7293
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Plaintiff*

Dated: October 21, 2020

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendants*

SO ORDERED this _____ day of October, 2020.

_____
United States District Judge