IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALVION LTD. and GALVION INC.,<br><br>Defendants. | Case No. 19-921-MN |

**JOINT MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiff Gentex Corporation ("Gentex") and Defendants Galvion Ltd. and Galvion Inc. (together, "Galvion") (collectively, the "Parties") respectfully request that the Court amend the Scheduling Order (D.I. 92) in the instant action in the manner set forth below.

| **Scheduling Order Paragraph** | **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|---|
| N/A | Gentex identifies no more than twenty (20) asserted claims | N/A | August 27, 2021 |
| N/A | Galvion identifies no more than three (3) invalidity grounds for each asserted claim | N/A | September 3, 2021 |
| ¶ 8(f) | Opening Expert Reports on Issues for which the Party Bears the Burden of Proof | September 7, 2021 | September 24, 2021 |
| ¶ 8(f) | Rebuttal Expert Reports | October 7, 2021 | October 20, 2021 |
| ¶ 8(f) | Reply Expert Reports | November 5, 2021 | November 12, 2021 |

| ¶ 8(a) | Close of Expert Discovery | December 8, 2021 | December 17, 2021 |

The remaining deadlines in the Scheduling Order, including those for dispositive motions and trial remain unchanged.

The Parties submit that good cause exists for this proposed scheduling amendment as this amendment enables the Parties sufficient time to narrow the asserted claims and invalidity references in advance of expert discovery while maintaining the current dispositive motion and trial dates. Accordingly, the Parties respectfully request that the Court extend the case deadlines as set forth above.

Pursuant to Local Rule 16.4, the undersigned counsel for each Party certifies that it has provided a copy of the instant motion to its respective client(s) and obtained the client(s)' consent to this requested scheduling amendment.

Dated: August 3, 2021                                Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP                          SHAW KELLER LLP

*/s/Amy M. Dudash*                                   */s/Nathan E. Hoeschen*
John V. Gorman (# 6599)                              Karen E. Keller (# 4489)
Amy M. Dudash (# 5741)                               David M. Fry (# 5486)
1201 N. Market Street, Suite 2201                    Nathan Hoeschen (# 6232)
Wilmington, DE 19801                                 1105 N. Market St., 12th Floor
(302) 574-3000                                       Wilmington, DE 19801
john.gorman@morganlewis.com                          (302) 298-0700
amy.dudash@morganlewis.com                           kkeller@shawkeller.com
                                                     dfry@shawkeller.com
*Attorneys for Plaintiff*                            nhoeschen@shawkeller.com

*Attorneys for Defendants*

SO ORDERED this ___ day of August, 2021.

_____
The Honorable Maryellen Noreika