IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GALVION LTD. and GALVION INC.,<br><br>    Defendants. | Case No. 19-921-MN |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR FINAL CONTENTIONS**

IT IS HEREBY STIPULATED by Plaintiff Gentex Corporation and Defendants Galvion Ltd. and Galvion Inc. (collectively, the "Parties") by and through their undersigned counsel, subject to the approval of the Court, that the deadlines in Scheduling Order (D.I. 92) in the instant action are extended as set forth below to provide the Parties additional time to prepare their final contentions:

| Scheduling Order Paragraph | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| 7(e) | Final Infringement Contentions | August 6, 2021 | August 9, 2021 |
| 7(f) | Final Invalidity Contentions | August 13, 2021 | August 16, 2021 |

The remaining deadlines in the Scheduling Order remain unchanged.

| | |
|---|---|
| Dated:  August 6, 2021 | Respectfully submitted, |
| MORGAN, LEWIS & BOCKIUS LLP | SHAW KELLER LLP |
| */s/Amy M. Dudash* <br> John V. Gorman (# 6599) <br> Amy M. Dudash (# 5741) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, DE 19801 <br> (302) 574-3000 <br> john.gorman@morganlewis.com <br> amy.dudash@morganlewis.com <br><br> *Attorneys for Plaintiff* | */s/Nathan Hoeschen* <br> Karen E. Keller (# 4489) <br> David M. Fry (# 5486) <br> Nathan Hoeschen (# 6232) <br> 1105 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> dfry@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> *Attorneys for Defendants* |

SO ORDERED this ___ day of August, 2021.

_____
The Honorable Maryellen Noreika