IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 19-921-MN |
| | ) |
| GALVION LTD. and GALVION, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS GALVION LTD. AND
GALVION INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, and this Court's Orders (D.I. 181 and an Order dated Feb. 17, 2022), Defendants Galvion Ltd. and Galvion Inc. ("Galvion") respectfully move this Court to enter summary judgment on Counts I through XI, XIII, and XIV of Gentex Corporation's ("Gentex") First Amended Complaint (D.I. 87). Galvion's motion is based on (i) the undisputed material facts and legal authority set forth in Galvion's Briefs in support of this motion, (ii) its Concise Statement of Facts pursuant to the scheduling order (D.I. 18 at 9), (iii) its Appendix, and (iv) its Compendium of Cited Foreign Authority, which are filed herewith or will be filed, all of which are incorporated herein by reference.

1

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ *Andrew E. Russell* |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Michael A. Albert | kkeller@shawkeller.com |
| John L. Strand | arussell@shawkeller.com |
| Jason W. Balich | nhoeschen@shawkeller.com |
| WOLF, GREENFIELD & SACKS, P.C. | *Attorneys for Defendants* |
| 600 Atlantic Avenue | |
| Boston, MA 02210-2206 | |
| (617) 646-8000 | |

Dated: March 1, 2022