IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 19-921-MN |
| | ) |
| GALVION LTD. and GALVION, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS GALVION LTD., AND GALVION, INC.'S MOTION FOR SUMMARY JUDGMENT**

At Wilmington this ____ day of _____, 2022, having considered Defendants Galvion Ltd. and Galvion, Inc.'s ("Defendants") Motion for Summary Judgment and all papers and argument submitted therewith, IT IS HEREBY ORDERED that summary judgment is GRANTED in favor of Defendants on Counts I through XI, XIII, and XIV of Gentex Corporation's First Amended Complaint, D.I. 87.

_____
United States District Judge