# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>GALVION LTD., a Delaware corporation; and GALVION, INC., a Canadian company,<br><br>      Defendants. | Case No. 1:19-cv-00921-MN |

## PLAINTIFF GENTEX CORPORATION'S
## APPLICATION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff Gentex Corporation hereby requests that the Court hear oral argument regarding Defendants' Motion for Summary Judgment (D.I. 185). Briefing regarding this Motion was completed on March 22, 2022. *See* D.I. 186, 193, & 195.

Dated: March 24, 2022

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Tel: (302) 574-3000
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

Jason C. White (admitted *pro hac vice*)
Scott D. Sherwin (admitted *pro hac vice*)
Kenneth M. Kliebard (admitted *pro hac vice*)
Maria E. Doukas (admitted *pro hac vice*)
Karon N. Fowler (admitted *pro hac vice*)

110 N. Wacker Drive, Suite 2800
Chicago, Illinois  60606
Tel:  (312) 324-1000
jason.white@morganlewis.com
scott.sherwin@morganlewis.com
kenneth.kliebard@morganlewis.com
maria.doukas@morganlewis.com
karon.fowler@morganlewis.com

*Counsel for Plaintiff Gentex Corporation*