IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 19-921-MN |
| | ) |
| GALVION LTD. and GALVION, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO**
**SUBSTITUTE EXPERT AND RE-OPEN EXPERT DISCOVERY**

This stipulation is made by and between Plaintiff Gentex Corporation ("Gentex") and Defendants Galvion Ltd. and Galvion, Inc. (collectively, "Galvion" or "Defendants") to substitute Mr. Olivier Kott in the place of Galvion's previous Quebec law expert, Justice Andres Garin.

WHEREAS Galvion retained Andres Garin as its expert on Quebec law, and Andres Garin submitted three expert reports on September 24, 2021; October 20, 2021; and November 12, 2021.  Andres Garin was also deposed on December 14, 2021;

WHEREAS, pursuant to the Scheduling Order (D.I. 134), expert discovery closed on December 17, 2021, and re-opened for the deposition of Gentex's substitute expert Mr. Bob Sotiriadis;

WHEREAS, on April 20, 2022, Andres Garin was appointed Judge of the Superior Court of Québec for the district of Montréal. His appointment was effective immediately and required him to immediately cease all work as an expert in the above pending matter. The appointment process is confidential such that Galvion had no advance notice of Justice Garin's appointment,

1

or that it was even a possibility. Justice Garin also had no advance notice of his appointment to the bench;

WHEREAS, upon learning of Justice Garin's appointment, Galvion immediately notified Gentex and diligently began searching for a substitute Quebec law expert.  Galvion notified Gentex on May 16, 2022 that it had narrowed its search to Mr.  Olivier Kott.  Galvion also sent Gentex a Protective Order undertaking signed by Mr. Olivier Kott on May 16, 2022.

WHEREAS, Mr. Kott reviewed, among other items, Justice Garin's expert reports, supporting exhibits, and deposition transcript, as well as Defendants' Quebec law expert Azimuddin Hussain's and Bob Sotiriadis's expert reports, supporting exhibits, and deposition transcripts.  Because Justice Garin's appointment on April 20, 2022 required him to cease work on this case, Mr. Kott did not consult with Justice Garin regarding his opinions or his analysis.

WHEREAS, Mr. Kott prepared an expert report adopting Andres Garin's opinions on June 13, 2022 and this was served on Gentex.

WHEREAS, Mr. Kott agrees to adopt Andres Garin's prior deposition testimony.

WHEREAS, The Parties agree to refer to any previous expert reports or deposition testimony from Andres Garin as Mr. Kott's expert reports and deposition testimony, respectively;

WHEREAS, The Parties have agreed that Gentex may depose Mr. Kott for up to two (2) hours limited to Mr. Kott's personal background, the basis for his opinions in this case, and his efforts to prepare his expert report;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that Galvion will substitute Mr. Olivier Kott in the place of its previous Quebec law expert, Justice Garin, and expert discovery will be re-opened for the limited purpose of enabling Gentex to depose Mr. Kott consistent with the conditions outlined above.

| | |
|---|---|
| /s/ *Amy M. Dudash* | /s/ *Andrew E. Russell* |
| Amy M. Dudash (No. 5741) | Karen E. Keller (No. 4489) |
| MORGAN, LEWIS & BOCKIUS LLP | Andrew E. Russell (No. 5382) |
| 1201 N. Market Street, Suite 2201 | Nathan R. Hoeschen (No. 6232) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 574-3000 | I.M. Pei Building |
| amy.dudash@morganlewis.com | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | |
| | *Attorneys for Defendants* |

Dated: June 17, 2022

SO ORDERED this _____ day of _____, 2022

_____
United States District Judge