IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENTEX CORPORATION, | ) | ▮ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-921-MN |
| | ) | |
| GALVION LTD. and GALVION, INC., | ) | Redacted Public Version |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO
<u>STAY PENDING SETTLEMENT</u>**

Amy M. Dudash (No. 5741)
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

*Attorneys for Plaintiff*

Dated: June 28, 2022

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENTEX CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-921-MN |
| | ) | |
| GALVION LTD. and GALVION, INC., | ) | Redacted Public Version |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO
## STAY PENDING SETTLEMENT

Plaintiff Gentex Corporation ("Gentex") and Defendants Galvion Ltd. and Galvion, Inc. (collectively, "Galvion") hereby present the Court with a Stipulation to Stay Pending Settlement;

WHEREAS, trial in this action was scheduled to begin on July 18, 2022;

WHEREAS, on June 23, 2022, Gentex and Galvion executed a document entitled "Gentex v. Galvion Term Sheet" (the "Term Sheet");

WHEREAS, the Term Sheet provides an outline of the essential terms of a settlement agreement between Gentex and Galvion;

WHEREAS, the Term Sheet provides that the parties shall enter into a full settlement agreement before filing a stipulated dismissal;

WHEREAS, the parties now ask the Court to the stay the case and continue the trial;

WHEREAS, pursuant to D. Del. L.R. 16.4, counsel certifies that a copy of this stipulation has been sent to each client;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the case is STAYED for thirty days while the parties' Term Sheet is reduced to a

finalized settlement agreement and the parties thereafter file a stipulated dismissal. If the settlement agreement is not finalized within 30 days, the parties shall provide the Court a report regarding their progress toward a final settlement.

| | |
|---|---|
| /s/ Amy M. Dudash | /s/ John W. Shaw |
| Amy M. Dudash (No. 5741) | John W. Shaw (No. 3362) |
| MORGAN, LEWIS & BOCKIUS LLP | Karen E. Keller (No. 4489) |
| 1201 N. Market Street, Suite 2201 | Andrew E. Russell (No. 5382) |
| Wilmington, DE 19801 | Nathan R. Hoeschen (No. 6232) |
| (302) 574-3000 | SHAW KELLER LLP |
| amy.dudash@morganlewis.com | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | |
| | *Attorneys for Defendants* |
| Dated: June 28, 2022 | |

SO ORDERED this ____ day of _____, 2022

_____
United States District Judge

2

**CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on June 28, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| John V. Gorman | Jason C. White |
| Amy M. Dudash | Scott D. Sherwin |
| The Nemours Building | Kenneth M. Kliebard |
| MORGAN, LEWIS & BOCKIUS LLP | Maria E. Doukas |
| 1201 N. Market Street, Suite 2201 | Karon N. Fowler |
| Wilmington, DE 19801 | MORGAN, LEWIS & BOCKIUS LLP |
| (302) 574-3000 | 77 West Wacker Drive, Suite 500 |
| john.gorman@morganlewis.com | Chicago, IL 60601 |
| amy.dudash@morganlewis.com | (312) 324-1000 |
| | jason.white@morganlewis.com |
| | scott.sherwin@morganlewis.com |
| | kenneth.kliebard@morganlewis.com |
| | maria.doukas@morganlewis.com |
| | karon.fowler@morganlewis.com |

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

3