IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENTEX CORPORATION, a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GALVION LTD., a Delaware corporation; and GALVION, INC., a Canadian company,<br><br>        Defendants. | Case No. 1:19-cv-00921-MN |

## JOINT STATUS REPORT

Pursuant to this Court's June 28, 2022 Minute Entry, the parties hereby submit the following joint status report.

The parties have converted the document entitled Gentex v. Galvion Term Sheet executed on June 23, 2022 into a full settlement agreement. The parties anticipate filing a stipulation of dismissal by October 31, 2022. Insofar as a stipulation of dismissal is not filed by that date, the parties agree to submit a joint status report by that date to apprise the Court of the parties' status.

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Amy M. Dudash*<br>John V. Gorman (#6599)<br>Amy M. Dudash (#5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Tel: (302) 574-3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br><br>Jason C. White (admitted *pro hac vice*)<br>Scott D. Sherwin (admitted *pro hac vice*)<br>Kenneth M. Kliebard (admitted *pro hac vice*) | SHAW KELLER LLP<br><br>*/s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com |

| | |
|---|---|
| Maria E. Doukas (admitted *pro hac vice*)<br>Karon N. Fowler (admitted *pro hac vice*)<br>110 N. Wacker Drive, Suite 2800<br>Chicago, Illinois  60606<br>Tel:  (312) 324-1000<br>jason.white@morganlewis.com<br>scott.sherwin@morganlewis.com<br>kenneth.kliebard@morganlewis.com<br>maria.doukas@morganlewis.com<br>karon.fowler@morganlewis.com | nhoeschen@shawkeller.com<br><br>*Counsel for Defendants* |

*Counsel for Plaintiff Gentex Corporation*


Dated: October 11, 2022